UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                               HON. Robert H. Cleland
                                                                        CASE NO. 16-20057

    v.

ABRAHAM MOHAMAD BAYDOUN

    Defendant.
_____/

## ORDER FOR SUBSTITUTION OF ATTORNEY

    The attorneys having filed a substitution of an attorney, and the court being fully advised in the premises;

    **IT IS HEREBY ORDERED** that **Amir I. Makled** shall substitute Attorney **Odey K. Meroueh** as counsel for Defendant **Abraham Baydoun**.


                                                       S/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: July 5, 2016


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 5, 2016, by electronic and/or ordinary mail.


                                                       S/Lisa Wagner
                                                       Case Manager and Deputy Clerk
                                                       (313) 234-5522