# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 16-20057

ABRAHAM BAYDOUN,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

On July 27, 2020, the court denied Defendant Abraham Baydoun's "Motion for Compassionate Release." (ECF No. 36.) In that order, the court held that Defendant's circumstances were not "extraordinary and compelling" under 18 U.S.C. § 3582(c)(1)(A). (ECF No. 36, PageID.336.) The court explained that his conditions were "not so extraordinary that 'irreparable harm or injustice would result if the relief is not granted.'" (*Id.*, PageID.338 (quoting *United States v. Sapp*, Case No. 14-20520, 2020 WL 515935, at *3 (E.D. Mich. Jan. 31, 2020) (Leitman, J.)).)

On August 25, 2020, Defendant moved for reconsideration of the court's July 27 opinion under the title "Motion to [A]lter or [A]mend." (ECF No. 37.) The court denied Defendant's motion on October 6, 2020, (ECF No. 43), and on October 9, 2020, the court received another "Motion for Reconsideration." (ECF No. 44.)

The arguments contained in Defendant's second motion for reconsideration do not convince the court that alteration of the July 27 opinion is warranted. As explained in the October 9 opinion, (ECF No. 43, PageID.411-12), there was no "palpable defect"

that "misled" the court in denying Defendant's motion for compassionate release. E.D. Mich. L.R. 7.1(h)(3). Accordingly,

IT IS ORDERED that Defendant's "Motion for Reconsideration" (ECF No. 44) is DENIED.

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: October 15, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 15, 2020, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\16-20057.BAYDOUN.MotionforReconsideration.RMK.docx